# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.M.G., | Case No.: 25-cv-1356-DMS-DEB |
| Petitioner, | **ORDER ON JOINT MOTION TO VACATE** |
| v. | |
| CHRISTOPHER J. LAROSE; et al., | |
| Respondents. | |

Having considered the parties' Joint Motion to Vacate, and finding the joint motion meritorious, the Court **GRANTS** the motion and **ORDERS** that the hearing set for June 5, 2025 is **VACATED** and the briefing schedule is **VACATED**, and if this case has not been dismissed by June 18, 2025, the parties shall file a joint status report.

It is **SO ORDERED.**

DATED: June _4_, 2025

Hon. Dana M. Sabraw
United States District Judge