1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| K.M.G. | Case No.: 25-cv-1356-DMS-DEB |
|---|---|
| Petitioner, | **ORDER ON JOINT STATUS REPORT** |
| v. | |
| CHRISTOPHER J. LAROSE, et al. | |
| Respondents. | |

Having considered the parties' Joint Status Report, and finding good cause therein, the Court **ORDERS** that, if this case has not been dismissed by August 1, 2025, the parties shall file a joint status report.

**IT IS SO ORDERED.**

DATED: July  2 , 2025

Hon. Dana M. Sabraw
United States District Judge