# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.M.G., | Case No.: 25-cv-1356-DMS-DEB |
| Petitioner, | **ORDER ON JOINT STATUS REPORT** |
| v. | |
| CHRISTOPHER J. LAROSE; et al., | |
| Respondents. | |

Having considered the parties' Joint Status Report, and finding good cause therein, the Court **ORDERS** that, if this case has not been dismissed by September 2, 2025, the parties shall file a joint status report.

It is **SO ORDERED.**

DATED: July  31 , 2025

Hon. Dana M. Sabraw
United States District Judge