UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.M.G.,<br><br>                    Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>                    Respondents. | Case No.: 3:25-cv-01356-DMS-VET<br><br>**ORDER** |

Having considered the parties' Stipulation of Voluntary Dismissal Without Prejudice (ECF No. 19), and finding good cause therein, the Court **ORDERS** that:

1. The petition for a writ of habeas corpus under 28 U.S.C. § 2241 is dismissed without prejudice and without fees or costs to any party; and

2. Respondents shall keep K.M.G. in the Southern District of California for the duration of her removal proceedings under 8 U.S.C. § 1229a, INA § 240.

It is **SO ORDERED.**

Dated:  September 26, 2025

_____
Hon. Dana M. Sabraw
United States District Judge